# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vishet Angum Fowang, | No. CV-26-03308-PHX-AMM (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

On May 11, 2026, Petitioner Vishet Angum Fowang filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) On May 13, 2026, the Court ordered Respondents to respond to the Petition within 20 days of service. (Doc. 4.) Because Respondents failed to file a timely response, the Magistrate Judge ordered Respondents to show cause why the Petition should not be granted on or before July 13, 2026. (Doc. 11.) On July 13, 2026, Respondents filed a Response, wherein they state they "do not oppose Petitioner's request for a release at this time." (Doc. 12.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **2 days** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of July, 2026.

_____

Honorable Angela M. Martinez
United States District Judge

- 2 -